Roy Lynn FOREHAND, Appellant,

v.

STATE of Florida, Appellee.

No. 1D16–2580.

District Court of Appeal of Florida,
First District.

Oct. 10, 2016.

Roy Lynn Forehand, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED. This Court retains jurisdiction to address the imposition of sanctions.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., concur.